**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**
_____

**RASZELL REEDER,**

                **Plaintiff,**

      **v.**                                      **9:09-CV-520**
                                                **(NAM/ATB)**

**M. HOGAN, et al,**

                **Defendants.**
_____

**APPEARANCES:**                                  **OF COUNSEL:**

RASZELL REEDER
94-A-6388
Upstate Correctional Facility
P.O. Box 2001
Malone, NY 12953
Plaintiff, *pro se*

HON. ERIC T. SCHNEIDERMAN         ADRIENNE J. KERWIN, ESQ.
Attorney General for the State of New York   Assistant Attorney General
The Capitol
Albany, NY 12224
Attorney for Defendants

**NORMAN A. MORDUE, U. S. DISTRICT JUDGE**

## ORDER

     The above matter comes to me following a Report-Recommendation by Magistrate Judge Andrew T. Baxter, duly filed on the 17th day of May 2013.  Following fourteen (14) days from the service thereof, the Clerk has sent me the file, including any and all objections filed by the parties herein.

     After careful review of all of the papers herein, including the Magistrate Judge's Report-Recommendation, and no objections submitted thereto, it is

ORDERED that:

1. The Report-Recommendation is hereby adopted in its entirety.

2. Defendant William Allan's summary judgment motion (Dkt. No. 162) is granted, and the complaint is dismissed in its entirety.

3. The Clerk of the Court shall serve a copy of this Order upon all parties and the Magistrate Judge assigned to this case

**IT IS SO ORDERED.**

Dated: June 11, 2013
         Syracuse, New York

_____
Honorable Norman A. Mordue
U.S. District Judge